# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD BOWER** **PLAINTIFF**
**ADC #144498**

V. NO. 4:23-cv-00507-JM-ERE

**ADC and**
**FREDDY CHILDES** **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.   Procedures for Filing Objections:**

This Recommendation has been sent to United States District Judge James M. Moody. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Moody can adopt this Recommendation without independently reviewing the record.

**II.   Discussion:**

On June 1, 2023, Plaintiff Richard Bower, an Arkansas Division of Correction ("ADC") inmate, filed this action *pro se* under 42 U.S.C. § 1983. *Doc. 1*. Because

Mr. Bower is a "three-striker,"[1] he can proceed *in forma pauperis* only if he is currently in imminent danger of serious physical injury. See 28 U.S.C. § 1915(g); *Ashley v. Dilworth,* 147 F.3d 715, 717 (8th Cir. 1998).

In his complaint, Mr. Bower alleges that: (1) Defendant Freddy Childes used excessive force against him on one occasion; and (2) ADC Defendants interfered with his access to the ADC grievance procedure. These alleged facts are insufficient to suggest that Mr. Bower faces an imminent danger of serious physical injury.

Based on Mr. Bower's status as a three-striker and his failure satisfy the imminent-danger-of-serious-physical-injury standard, on June 2, 2023, the Court ordered him to pay the $402.00 filing fee within 30 days. *Doc. 4*. The Court specifically cautioned Mr. Bower that his failure to comply with the Court's Order would result in dismissal of his claims, without prejudice.

To date, Mr. Bower has not complied with the Court's June 2, 2023 Order, and the time for doing so has passed.[2]

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

---

[1] The following dismissals constitute "strikes" for purposes of 28 U.S.C. § 1915(g): *Bower v. Hobbs, et al.*, E.D. Ark. Case No. 5:14-cv-318-BSM; *Bower v. Hobbs*, E.D. Ark. Case No. 5:14-cv-323-JLH; and *Bower v. Arkansas Department of Correction*, E.D. Ark. Case No. 5:16-cv-200-DPM.

[2] On June 23, 2023, Mr. Bower moved for the Court to reconsider its denial of his motion for leave to proceed *in forma pauperis*. *Doc. 6*. On June 26, 2023, the Court denied Mr. Bower's motion and reminded him of his responsibility to pay the statutory filing fee by July 5, 2023. *Doc. 7*.

1.    Mr. Bower's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's June 1, 2023 Order requiring him to pay the filing fee; and (2) prosecute this lawsuit.

2.    The Clerk be instructed to close this case.

Dated 13 July 2023.

_____
UNITED STATES MAGISTRATE JUDGE