IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD BOWER** **PLAINTIFF**
**ADC #144498**

V.   NO. 4:23-cv-00507-JM

**ADC and**
**FREDDY CHILDES** **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 1st day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE